



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

D-1   CAROL WETHINGTON,

Defendant.
_____/

**Case:2:11-cr-20583**
**Judge: Steeh, George Caram**
**MJ: Michelson, Laurie J.**
**Filed: 09-20-2011 At 05:03 PM**
**INFO USA V. WETHINGTON (DA)**

Vio.    29 U.S.C. §439(c)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

### (29 U.S.C. §439(c) - Falsification of Union Financial Records)

CAROL WETHINGTON

    1.    At all times material to this Information, Plant Protection Association National (PPAN), Local 103, was a labor organization in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

    2.    From on or about September 22, 2006, to on or about June 14, 2008, in the Eastern District of Michigan, Southern Division, CAROL WETHINGTON, while an officer, that is, Secretary-Treasurer of PPAN, Local 103, Dearborn, Michigan, did willfully make false entries in records required to be maintained by Section 436 of Title 29, United States Code, that is,

1

monthly financial reports and financial statements in meeting minutes, comprising records on matters required to be reported in the annual financial report of PPAN Local 103, required to be filed with the Secretary of Labor.

All in violation of Title 29, United States Code, Section 439(c).

BARBARA L.McQUADE
United States Attorney


s/KEVIN MULCAHY
Chief, General Crimes Unit


s/MICHAEL R. MUELLER
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-9579
michael.mueller@usdoj.gov
P18049

Dated: 9/20/11

**United States District Court**
**Eastern District of Michigan**

**Criminal Case Co**

Case:2:11-cr-20583
Judge: Steeh, George Caram
MJ: Michelson, Laurie J.
Filed: 09-20-2011 At 05:03 PM
INFO USA V. WETHINGTON (DA)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | **Companion Case Number:** N/A |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** N/A |
| ☐ Yes      X No | **AUSA's Initials:** |

**Case Title:** USA v.   CAROL A. WETHINGTON

**County where offense occurred :**   Wayne

**Check One:**      ☐ Felony          X Misdemeanor          ☐ Petty

_____Indictment/ __X__ Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number: _____]
_____Indictment/_____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

- ☐   Original case was terminated; no additional charges or defendants.
- ☐   Corrects errors; no additional charges or defendants.
- ☐   Involves, for plea purposes, different charges or adds counts.
- ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

_9/20/11_
Date

MICHAEL R. MUELLER
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9579
Fax: (313) 226-2621
E-Mail address: michael.mueller@usdoj.gov
Attorney Bar #:  P18049

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.